IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN OWENS, | No. 4:22-CV-01571 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DEB, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 23rd day of February 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motions (Docs. 5, 11) to proceed *in forma pauperis* are **GRANTED**.

2. Plaintiff's second amended complaint, Doc. 9, is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted. Plaintiff's Section 1983 conditions-of-confinement claims are **DISMISSED** without prejudice as to defendants Deb, Kerry, Tiffany, and Katherine. Plaintiff's Section 1983 conditions-of-confinement claims are **DISMISSED** with prejudice as to defendants Scott, Weller, and Sauble.

3. Plaintiff, if desired, shall have **21 days** from the date of this Order to file a third (and final) amended complaint.

4. If no third amended complaint is timely filed, the case will be closed.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge