IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN OWENS, | No. 4:22-CV-01571 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| DEB, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 31ˢᵗ day of January 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendants' motion (Doc. 33) to dismiss under Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** in part and **DENIED** in part, as follows:

   a. Plaintiff's First Amendment retaliation claim is **DISMISSED** with prejudice pursuant to Rule 12(b)(6).

   b. Plaintiff's RLUIPA claim is **DISMISSED** with prejudice pursuant to Rule 12(b)(6).

   c. Plaintiff's Eighth Amendment conditions-of-confinement claim is **DISMISSED** with prejudice pursuant to Rule 12(b)(6) as to defendants Tiffany Brindle and Katherine Collins.

   d. Defendants' motion is **DENIED** in all other respects.

2. The Clerk of Court is directed to terminate defendants "Tiffany" and "Katherine."

3. This case shall proceed on Plaintiff's Eighth Amendment conditions-of-confinement claim against defendants "Deb" and "Kerry" only.

2

4. Defendants shall respond to the remaining Section 1983 claim listed in paragraph 3 above as required by Federal Rule of Civil Procedure 15.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge